UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

LENDINGCLUB CORPORATION,

           Defendant.

------------------------------------- x

No.: 1:20-cv-5256

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), YONY SOSA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LENDINGCLUB CORPORATION, with prejudice and without fees and costs.

Dated:  New York, New York
         February 11, 2021

                                              **GOTTLIEB & ASSOCIATES**

                                              */s/Jeffrey M. Gottlieb, Esq.*

                                              Jeffrey M. Gottlieb, Esq., (JG-7905)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Jeffrey@Gottlieb.legal

                                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge