**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2021
```

YONY SOSA,

                                        Plaintiff,                    **20-CV-5256 (JPO) (KHP)**

                -against-                                             **ORDER ADJOURNING CASE**
                                                                     **MANAGEMENT CONFERENCE**

LENDINGCLUB CORPORATION,

                                        Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of the Notice of Voluntary Dismissal filed on February 11, 2021 (doc. no 16) the

Case Management Conference currently scheduled for **March 11, 2021** is hereby adjourned

*sine die*.

        **SO ORDERED.**

DATED:        New York, New York
              February 12, 2021

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge